UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY JENKINS,                          No. C 13-2763 SI (pr)

      Petitioner,                    **ORDER OF TRANSFER**

  v.

R. GROUNDS, Warden,

      Respondent.

                                         /

    Larry Jenkins, an inmate at Salinas Valley State Prison in Soledad, California, has filed a petition for writ of habeas corpus to challenge his conviction from the Los Angeles County Superior Court. Los Angeles County lies within the venue of the Central District of California. The facility Jenkins is incarcerated at is in Monterey County, within the venue of the Northern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). Because the conviction occurred in the Central District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter forthwith.

    IT IS SO ORDERED.

DATED: June 24, 2013

                                                                       SUSAN ILLSTON
                                                               United States District Judge