1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   LARRY JENKINS,                        Case No. CV 13-4604 SJO (SS)

12                    Petitioner,

13        v.                                      **JUDGMENT**

14   BRIAN DUFFY, Acting Warden,

15                    Respondent.

16

17        Pursuant   to   the   Court's   Order   Accepting   Findings,

18   Conclusions   and   Recommendations   of   United   States   Magistrate

19   Judge,

20

21        **IT IS HEREBY ADJUDGED** that the above-captioned action is

22   dismissed with prejudice.

23

24   DATED:   February 7, 2014

25

26                                         S. JAMES OTERO
                                           UNITED STATES DISTRICT JUDGE
27

28